**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| BATHSHEBA CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:25-cv-959 |
| | ) | Judge Trauger |
| VERNET WIKENSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 31,2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Compel (Doc. No. 20) is DENIED AS MOOT; the Second Motion to Dismiss (Doc. No. 21) is GRANTED; the duplicate Motion to Dismiss (Doc. No. 22) is TERMINATED AS MOOT; and this case is DISMISSED under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

This is the final judgment in this case under Rule 58.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE